**EASTERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA

    v.

SALVADOR ALMANZA-GOMEZ

)
)    CR.S.  06-076 MCE
)
)

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
( **X** ) Ad Prosequendum                  ( ) Ad Testificandum.
Name of Detainee:        SALVADOR ALMANZA-GOMEZ

Detained at (custodian):      CALIFORNIA STATE PRISON SOLANO

Detainee is:    a.)      ( ) charged in this district by:
                       (X ) Indictment         ( ) Information          ( ) Complaint
                       Charging Detainee With: Deported Alien Found in the United States

     or      b.)      ( ) a witness not otherwise available by ordinary process of the Court

Detainee will: a.)      ( ) return to the custody of detaining facility upon termination of proceedings
     or      b.)      (X) be retained in federal custody until final disposition of federal charges, as a sentence
is                   currently being served at the detaining facility

*Appearance is necessary* **FORTHWITH** *in the Eastern District of California.*

                     Signature:     /s/ Michael M. Beckwith
                     Printed Name & Phone No:    MICHAEL M. BECKWITH/916-554-2797
                     Attorney of Record for:     United States of America

## WRIT OF HABEAS CORPUS

            (**X**) Ad Prosequendum          ( ) Ad Testificandum
The above application is granted and the above-named custodian, as well as the United States Marshal's Service
for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH**, and any further
proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the
above-named custodian.
DATED:  March 21, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

---

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | aka Salvador Gomez | Male X | Female |
| Booking or CDC #: | V08821 | DOB: | |
| Facility Address: | 2100 Peabody Road | Race: | |
| | Vacaville, CA 45687 | FBI #: | 336236EB8 |
| Facility Phone: | 707-451-0182 | | |
| Currently Incarcerated For: | | | |

**RETURN OF SERVICE**

Executed on _____ by _____

                                           (Signature)