DANIEL J. BRODERICK, Bar #89424
Federal Defender

MATTHEW C. BOCKMON, Bar #161566
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
SALVADOR ALMANZA-GOMEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 2:06-cr-0076 MCE |
| Plaintiff, ) | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| v. ) | |
| SALVADOR ALMANZA-GOMEZ, ) | Date: July 18, 2006 |
| Defendant. ) | Time: 8:30 a.m. |
| ) | Judge: Morrison C. England, Jr. |
| _____ ) | |

It is hereby stipulated and agreed to between the United States of America through Michael Beckwith, Assistant United States Attorney and SALVADOR ALMANZA-GOMEZ, by and through his counsel, Matthew C. Bockmon, Assistant Federal Defender, that the status conference presently scheduled for June 20, 2006 be vacated and rescheduled for status conference on July 18, 2006 at 08:30 a.m.

This continuance is being requested because investigation and defense preparation is on-going.

IT IS FURTHER STIPULATED that the period from June 20, 2006, through and including July 18, 2006, be excluded in computing the time

1  within which trial must commence under the Speedy Trial Act, pursuant
2  to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for continuity and
3  preparation of counsel.
4  Dated: June 15, 2006

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Matthew C. Bockmon
_____
MATTHEW C. BOCKMON
Assistant Federal Defender
Attorney for Defendant
SALVADOR ALMANZA-GOMEZ

Dated: June 15, 2006

MCGREGOR W. SCOTT
United States Attorney

/s/ Matthew C. Bockmon for
_____
MICHAEL BECKWITH
Assistant U.S. Attorney
per telephonic authority

**O R D E R**

IT IS SO ORDERED.

Dated: June 23, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE