DANIEL J. BRODERICK, Bar #89424
Federal Defender

MATTHEW C. BOCKMON, Bar #161566
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
SALVADOR ALMANZA-GOMEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 2:06-cr-0076 MCE |
| Plaintiff, | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| v. | |
| SALVADOR ALMANZA-GOMEZ, | Date: August 22, 2006<br>Time: 8:30 a.m. |
| Defendant. | Judge: Morrison C. England, Jr. |

   It is hereby stipulated and agreed to between the United States of America through Michael Beckwith, Assistant United States Attorney and SALVADOR ALMANZA-GOMEZ, by and through his counsel, Matthew C. Bockmon, Assistant Federal Defender, that the status conference presently scheduled for July 18, 2006 be vacated and rescheduled for status conference on August 22, 2006 at 8:30 a.m.

   This continuance is being requested because defense preparation is on-going, and the parties need to receive and review the Preplea Presentence Report.

///

IT IS FURTHER STIPULATED that the period from July 18, 2006, through and including August 22, 2006, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for continuity and preparation of counsel.

Dated: July 14, 2006

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Matthew C. Bockmon
_____
MATTHEW C. BOCKMON
Assistant Federal Defender
Attorney for Defendant
SALVADOR ALMANZA-GOMEZ

Dated: July 14, 2006

MCGREGOR W. SCOTT
United States Attorney

/s/ Matthew C. Bockmon for
_____
MICHAEL BECKWITH
Assistant U.S. Attorney
per telephonic authority

**O R D E R**

IT IS SO ORDERED.

Dated: July 17, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2