DANIEL J. BRODERICK, Bar #89424
Federal Defender

MATTHEW C. BOCKMON, Bar #161566
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
SALVADOR ALMANZA-GOMEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 2:06-cr-0076 MCE |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER CONTINUING |
| ) | STATUS CONFERENCE |
| v. ) | |
| ) | |
| SALVADOR ALMANZA-GOMEZ, ) | Date: September 12, 2006 |
| ) | Time: 8:30 a.m. |
| Defendant. ) | Judge: Morrison C. England, Jr. |
| ) | |
| _____ ) | |

    It is hereby stipulated and agreed to between the United States of America through Michael Beckwith, Assistant United States Attorney and SALVADOR ALMANZA-GOMEZ, by and through his counsel, Matthew C. Bockmon, Assistant Federal Defender, that the status conference presently scheduled for September 5, 2006 be vacated and rescheduled for status conference on September 12, 2006 at 8:30 a.m.

    This continuance is being requested because defense counsel needs to schedule an appointment with his client and an interpreter to review the Pre-Plea Presentence Report and Plea Agreement.

///

1  IT IS FURTHER STIPULATED that the period from September 5, 2006,
2 through and including September 12, 2006, be excluded in computing the
3 time within which trial must commence under the Speedy Trial Act,
4 pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for
5 continuity and preparation of counsel.

Dated: September 1, 2006

                                Respectfully submitted,

                                DANIEL J. BRODERICK
                                Federal Defender

                                /s/ Matthew C. Bockmon
                                _____
                                MATTHEW C. BOCKMON
                                Assistant Federal Defender
                                Attorney for Defendant
                                SALVADOR ALMANZA-GOMEZ

Dated: September 1, 2006

                                MCGREGOR W. SCOTT
                                United States Attorney

                                /s/ Matthew C. Bockmon for
                                _____
                                MICHAEL BECKWITH
                                Assistant U.S. Attorney
                                per telephonic authority

**O R D E R**

IT IS SO ORDERED.

Dated:   September 8, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2